1  James Wesley Kinnear (CA State Bar No. 124771)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999

5  Attorneys for Defendant
   CABELA'S INC.                              **OK/HAV**
6

7  Dale C. Campbell, (CA State Bar No. 99173)
   WEINTRAUB GENSHLEA CHEDIAK
8  Law Corporation
   400 Capitol Mall, 11th Floor
9  Sacramento, CA  95814
   Telephone:     (916) 558-6000
10 Facsimile:     (916) 446-1611

11

12 Attorneys for Plaintiffs
   KAMP-RITE TENT COT and
13 WILLIAM F. FERRARI

14

15              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA
16                SACRAMENTO DIVISION

17

18  KAMP-RITE TENT COT, INC., a Nevada          CASE NO. C06-00365 DFL (DAD)
    corporation, and WILLIAM F. FERRARI, an
19  individual,                                 **STIPULATION AND  ORDER
                                                REGARDING EXPERTS' RULE 26
20              Plaintiffs,                      REPORTS AND DISCOVERY, MARKMAN
                                                HEARING, AND DISPOSITIVE MOTIONS**
21       v.

22  CABELA'S INC., a Nebraska corporation,

23              Defendant.

24  / / /

25  / / /

26  / / /

27

28  {12788/15362/DCC/919317.DOC;2}          1

STIPULATION AND [PROPOSED] ORDER REGARDING
EXPERTS' RULE 26 REPORTS AND DISCOVERY
*Kamp-Rite Tent Cot, Inc. v. Cabela's, Inc.,*
Case No. C06-00365 DFL (DAD)

#23447 v1

**STIPULATION**

WHEREAS, counsel for all parties have met and conferred and concluded that a delay in the exchange of the Rule 26 reports of their respective damages experts until after the Markman hearing will serve efficiency and may reduce the costs of litigation for all parties;

WHEREAS, all parties have disclosed the identity of their experts;

WHEREAS, counsel for plaintiffs has requested and counsel for defendant has granted plaintiffs an extension of time to serve responses to defendant's pending First Set of Interrogatories and First Request for Production of Documents, and defendant's experts need information from those responses to complete their reports;

WHEREAS, counsel for defendant has requested and counsel for plaintiffs has granted defendant an extension of time to serve responses to plaintiffs' pending first set of interrogatories and first requests for production of documents, and plaintiffs need defendant's expert reports as well as the responses to written discovery prior to commencing depositions;

WHEREAS, the parties request additional time to complete fact and expert discovery as well as additional time to brief issues relevant to the scheduled Markman hearing. The suggested extensions are approximately eight (8) additional weeks for fact discovery, six (6) additional weeks for expert discovery, six (6) additional weeks for the Markman hearing, and four (4) additional weeks for dispositive motions. The parties respectfully submit this request is reasonable in light of the issues involved and the parties' good faith efforts to move this litigation forward expeditiously. The parties note that this action was filed only seven (7) months ago, on February 17, 2006;

WHEREAS, the parties request that the Court grant the requested relatively brief extensions of time set forth in this Stipulation.

IT IS AGREED, subject to the Court's approval, as follows:

1.      Plaintiff shall serve its responses to defendant's First Set of Interrogatories and First Request for Production of Documents on or before August 18, 2006, by electronic mail, with its production of documents to follow within a reasonable period of time by overnight express.

STIPULATION AND [PROPOSED] ORDER REGARDING
EXPERTS' RULE 26 REPORTS AND DISCOVERY
*Kamp-Rite Tent Cot, Inc. v. Cabela's, Inc.,*
Case No. C06-00365 DFL (DAD)

#23447 v1

2.      Plaintiff shall serve the Rule 26 report of its damages expert on or before December 22, 2006, by electronic mail; defendant shall serve the Rule 26 report of its damages expert on or before January 12, 2007, by electronic mail.

3.      Defendant shall serve the Rule 26 reports of its remaining experts on or before September 21, 2006, by electronic mail.

4.      Defendant shall serve its responses to plaintiffs' first set of interrogatories and first requests for production of documents on or before October 2, 2006, by electronic mail, with its production of documents followed by overnight express.

5.      All fact discovery shall be completed by November 15, 2006, and all expert discovery by December 15, 2006.  The term "completed" continues to have the meaning as set forth in the Status (Pretrial Scheduling) Order dated June 12, 2006.

6.      The Markman hearing is rescheduled to January 19, 2007, at 10 a.m.  The parties' opening Markman briefs shall be filed by November 17, 2006.  Reply briefs shall be filed by December 15, 20066.

7.      All other dispositive motions shall be filed by February 28, 2007.  Hearing on such motions shall be no later than March 28, 2007, at 10 a.m.

8.      The final Pre-Trial Conference will remain as scheduled for April 13, 2007, at 3 p.m.

Dated:  September 26, 2006                    _____/S/_____

                                              James Wesley Kinnear
                                              Holme Roberts & Owen, LLP
                                              Attorneys for Defendant
                                              CABELA'S, INC.

{12788/15362/DCC/919317.DOC;2}                    3

STIPULATION AND [PROPOSED] ORDER REGARDING
EXPERTS' RULE 26 REPORTS AND DISCOVERY
*Kamp-Rite Tent Cot, Inc. v. Cabela's, Inc.,*
Case No. C06-00365 DFL (DAD)

#23447 v1

Dated:  September 26, 2006                    _____ /S/ _____
                                              Dale C. Campbell
                                              Weintraub Genshlea Chediak
                                              Attorneys for Plaintiffs
                                              KAMP-RITE TENT COT, INC., and
                                              WILLIAM F. FERRARI


**<u>ORDER</u>**

Based on the stipulation of the parties, and good cause appearing, the parties' stipulation is approved and its terms incorporated in this order.

**SO ORDERED.**


Dated:  September 28, 2006                    /s/ David F. Levi_____
                                              Hon. David F. Levi
                                              United States District Judge

{12788/15362/DCC/919317.DOC;2}                    4

STIPULATION AND [PROPOSED] ORDER REGARDING
EXPERTS' RULE 26 REPORTS AND DISCOVERY
*Kamp-Rite Tent Cot, Inc. v. Cabela's, Inc.,*
Case No. C06-00365 DFL (DAD)

#23447 v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{12788/15362/DCC/919317.DOC;2}                                           1

PROOF OF SERVICE
*Kamp-Rite Tent Cot, Inc. v. Cabela's, Inc.,*
Case No. C06-00365 DFL (DAD)

#23447 v1