1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  KAMP-RITE TENT COT, INC.,          CIV. NO. 06-365 DFL DAD
    etc., et al.,
12
             Plaintiffs,
13
        v.                             <u>ORDER RE DISPOSITION AFTER</u>
14                                     <u>NOTIFICATION OF SETTLEMENT</u>
    CABELA'S, INC., a Nebraska
15  corporation,
16           Defendant.
                                    /
17
18      The court has been advised by defense counsel, Dale
19  Campbell, Esq., that this action has been settled.  Therefore,
20  it is not necessary that the action remain upon the court's
21  active calendar.
22      Accordingly, IT IS ORDERED:
23      1.  That counsel file settlement/dismissal documents, in
24  accordance with the provisions of Local Rule 16-160, no later
25  than January 19, 2007; and
26  //

                                    1

1     2.  That all hearing dates previously set in this matter
2 are vacated.
3     IT IS SO ORDERED.
4 Dated:  December 11, 2006

```
                              /s/ David F. Levi
                              DAVID F. LEVI
                              United States District Judge
```