IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMP-RITE TENT COT, INC., etc., et al., | CIV. NO. 06-365 DFL DAD |
| Plaintiffs, | |
| v. | <u>ORDER RE DISPOSITION AFTER NOTIFICATION OF SETTLEMENT</u> |
| CABELA'S, INC., a Nebraska corporation, | |
| Defendant. | |

The court has been advised by defense counsel, Dale Campbell, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than January 19, 2007; and

//

1

1    2.  That all hearing dates previously set in this matter
2 are vacated.
3    IT IS SO ORDERED.
4 Dated:  December 11, 2006
5
6
                             /s/ David F. Levi
7                            DAVID F. LEVI
                             United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26